# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136785 & (22)(23)

GRAND TRAVERSE, MONTCALM, DELTA,
HILLSDALE, HOUGHTON, DICKINSON,
CASS, CHIPPEWA, MENOMINEE, TUSCOLA,
CHEBOYGAN, EMMET, CHARLEVOIX,
SAGINAW, NEWAYGO, IONIA, GOGEBIC,
OGEMAW, MACKINAC, ALPENA, HURON,
and ALCONA COUNTIES,
          Appellants,

v

MICHIGAN PUBLIC SERVICE
COMMISSION and TELECOMMUNICATIONS
ASSOCIATION OF MICHIGAN,
          Appellees.
_____/

SC: 136785
COA: 285896
MPSC: U-15489

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 11, 2008

_____
Clerk

d0708